UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZAM AZIMI,<br><br>            Plaintiff,<br><br>   v.<br><br>ARCADIS U.S., INC.,<br><br>            Defendant. | Case No.  1:25-cv-01181-JLT-BAM<br><br>**ORDER GRANTING REQUEST FOR ISSUANCE OF SUMMONS**<br><br>(Doc. 18) |

Plaintiff Azam Azimi initiated this civil action on August 25, 2025, in Central District of California. (Doc. 1.) On September 9, 2024, the Clerk of the Court for the Central District of California issued a Summons in a Civil Action. (Doc. 8.) The action subsequently was transferred to this Court on September 12, 2025, and civil new case documents were issued. (*See* Docs. 15, 16.)

On September 22, 2025, Plaintiff filed a request for issuance of summons, which consists of an unissued Summons in a Civil Action for the Eastern District of California. (Doc. 18.)

Having considered the request, and cause appearing, the Clerk of the Court is directed to issue summons in this case.

IT IS SO ORDERED.

   Dated:  **September 25, 2025**              /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

1