# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AZAM AZIMI,<br><br>            Plaintiff,<br><br>    v.<br><br>ARCADIS U.S., INC.,<br><br>            Defendant. | Case No.  1:25-cv-01181-JLT-FRS (SKO)<br><br>**ORDER DENYING REQUEST FOR TELEPHONIC/REMOTE APPEARANCE AT APRIL 7, 2026 SETTLEMENT CONFERENCE**<br><br>(ECF No. 31) |

On December 18, 2025, the Court issued an order setting an in-person settlement conference on April 7, 2026 at 9:30 AM before Magistrate Judge Stanley A. Boone.  (ECF No. 27.)  On February 11, 2026, Defendant Arcadis U.S., Inc. requested that its representative, Brandon Williams, and its insurance representative, Richard Ramsey, be granted permission to appear remotely at the settlement conference.  (ECF No. 31.)  Defendant represented that both Mr. Williams and Mr. Ramsey are "based out-of-state and will face significant hardship in making a personal appearance."  (Id. at 2.)  Defendant further represented that counsel of record for Defendant can appear at the settlement conference in-person.  (Id.)

The Court declines to grant Defendant's request to permit Mr. Williams and Mr. Ramsey to appear remotely at the settlement conference.  The Court finds that settlement conferences are not productive without the ability to have face to face contact with the participants.  Therefore,

1

the Court requires parties to personally appear for settlement conferences. Accordingly, Plaintiff's motion to attend the settlement conference by telephone or video conference is DENIED. The attorneys who will try the case, along with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference are ORDERED to appear **in-person** on **April 7, 2026, at 9:30 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone** at the U.S. District Court, 2500 Tulare Street, Fresno, California, 93721.

IT IS SO ORDERED.

Dated:  **March 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2