# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

AZAM AZIMI,

      Plaintiff,

    v.

ARCADIS U.S., INC.,

      Defendant.

Case No. 1:25-cv-01181-JLT-FJS

ORDER DIRECTING PARTIES TO FILE STATUS REPORT REGARDING WHY THEY HAVE WAITED UNTIL THE LAST MINUTE TO STIPULATE TO CONTINUE SETTLEMENT CONFERENCE

(ECF No. 34)

**MARCH 27, 2026 DEADLINE**

On December 18, 2025, the Court issued an order setting an in-person settlement conference for April 7, 2026.  (ECF No. 27.)  The order included detailed instructions, including the deadline to file confidential settlement conference statements.  (Id.)  On March 27, 2026, the parties filed a stipulation to continue the settlement conference and have reached out separately to chambers regarding the issue of the deadline for filing their confidential settlement conference statements.  (ECF No. 34.)

While technically a timely stipulation, waiting until the last minute to continue a settlement conference is not well-taken by the Court.  Indeed, the Court has reserved April 7, 2026, since December 2025 and scheduled its calendar assuming that it would be unavailable for other matters on that date.  The Eastern District of California is one of the most heavily burdened district courts in the nation, and under the circumstances, waiting until the last minute on the issue of a continuance has the real potential of depriving others of precious judicial resources.

The Court has reviewed the stipulation, and in lieu of the parties' confidential settlement statements, the Court ORDERS that the parties shall have through **March 27, 2026**, to file a joint or separate status report(s), giving a **detailed explanation** of why the parties waited until the last minute to file a stipulation to continue the settlement conference.  Once the Court is in receipt of the explanation, it will determine how to proceed with the parties' stipulation.

Failure to file an explanation may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **March 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2