# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

AZAM AZIMI,

        Plaintiff,

    v.

ARCADIS U.S., INC.,

        Defendants.

Case No. 1:25-cv-01181-JLT-FJS

ORDER REGARDING STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE AND VACATING SETTLEMENT CONFERENCE

(ECF No. 34)

On December 18, 2025, the Court issued an order setting an in-person settlement conference for April 7, 2026. (ECF No. 27.) The order included detailed instructions, including the deadline to file confidential settlement conference statements. (Id.) On March 27, 2026, the parties filed a stipulation to continue the settlement conference and reached out separately to chambers regarding the issue of the deadline for filing their confidential settlement conference statements. (ECF No. 34.) The last-minute stipulation was not well-taken, and thus, the Court ordered the parties to file further explanation for the eleventh-hour stipulation. (ECF No. 35.)

On March 27, 2026, Defendant timely filed a status report, discussing its efforts to engage with Plaintiff and requesting that sanctions not be imposed and the settlement conference continued. (ECF No. 36.) On March 30, 2026, Plaintiff filed an untimely status report, discussing his view of the timeline, as well as acknowledging and apologizing both the last-minute nature of the stipulation and the response to the Court's March 27, 2026 order. (ECF No. 35.)

Satisfied with the responses from the parties, the Court will not impose sanctions at this time.

Upon review, the Court APPROVES the stipulation IN PART.  (ECF No. 34.)  The parties have stipulated that the settlement conference be continued by 90 days.  However, the Court observes that the issue of substitution of counsel for Plaintiff has not yet been resolved.  (See ECF Nos. 36, 37.)  The Court will not go through an exercise of setting a date for a settlement conference only to have the parties subsequently move again for a continuance.  Accordingly, the Court VACATES the April 7, 2026 settlement conference.  (ECF No. 27.)

If and when the parties are in a position to *fully participate* in a settlement conference, they may reach out to the Court's Courtroom Deputy.

IT IS SO ORDERED.

Dated:    **March 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2