UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZAM AZIMI, | Case No. 1:25-cv-01181-JLT-FJS |
| Plaintiff, | ORDER RE PLAINTIFF'S MOTION FOR THIRTY-ONE DAY EXTENSION OF TIME TO MOVE TO AMEND THE PLEADINGS |
| v. | |
| ARCADIS U.S., INC., Inc., | (ECF No. 41) |
| Defendant. | SEVEN-DAY DEADLINE |

On April 15, 2026, Plaintiff filed a Motion for Administrative Relief Seeking a Thirty-One (31) Day Extension of Time to Move to Amend Pleadings. (ECF No. 41.) Plaintiff states that he recently substituted counsel, effective April 8, 2026, and that new counsel has not yet had the opportunity to review the case in the detail required to determine what amendments to propose; Plaintiff further asserts that he has not been able to meaningfully meet and confer with Defendant regarding proposed amendments. (*Id.* at 3, ¶ 6.) Plaintiff's counsel anticipates that she may potentially seek, through stipulation or otherwise, to amend the pleadings to add individual defendants and additional causes of action. (*Id.* at 3.) Plaintiff's counsel further states that she initially sought a stipulation to extend the deadline with Defendant's counsel but that Defendant's counsel declined to stipulate to extend the deadline without her client's approval. (ECF No. 41-1 ¶ 5.)

The Court's December 11, 2025, Scheduling Order provides that all stipulated

1

amendments to the parties' pleadings or motions to amend shall be filed by April 17, 2026. (ECF No. 26 at 2.) Defendant's counsel reported that she does not expect a response from her client until April 20, 2026, which is three days after the expiration of the Court's deadline to amend the pleadings. (ECF No. 41-1 ¶ 7.)

Accordingly, it is ORDERED that the April 17, 2027, deadline by which to file stipulated amendments or motions to amend, as set by the Court's Scheduling Conference Order (ECF No. 26), is stayed pending the resolution of this motion. Defendant shall file either an opposition or statement of non-opposition to Plaintiff's motion within seven (7) days from the date of this order. Alternatively, within seven (7) days from the date of this order, the parties may file a stipulation for the Court's approval agreeing on a 31-day extension of time to stipulate to or move to amend the pleadings.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2