UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZAM AZIMI,

          Plaintiff,

    v.

ARCADIS U.S., INC.,

          Defendant.

Case No. 1:25-cv-01181-JLT-FJS

ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION

On May 18, 2026, Plaintiff Azam Azimi ("Plaintiff") filed a motion to amend the complaint. (ECF No. 48.) On June 1, 2026, Defendant Arcadis U.S., Inc. ("Defendant") filed an opposition. (ECF No. 49.) Plaintiff filed a reply on June 11, 2026. (ECF No. 51.)

The court is in receipt of Plaintiff's motion, currently noticed for hearing on July 17, 2026, at 10:00 am before Magistrate Judge Frank J. Singer, and is evaluating the parties' papers. As such, the court ORDERS the hearing VACATED, with the matter to be taken under submission as of that date. If the court subsequently determines that oral argument is necessary, it will set a hearing by separate order. Local Rule 230(g).

IT IS SO ORDERED.

    Dated:   **July 10, 2026**

                                        _____
                                  UNITED STATES MAGISTRATE JUDGE