UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZAM AZIMI,

Plaintiff,

v.

ARCADIS U.S., Inc., a Delaware Corporation,

Defendant.

Case No. 1:25-CV-001181-JLT-FJS

ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 55)

TWENTY-ONE (21) DAY DEADLINE

The court is in receipt of the parties' notice of settlement (ECF No. 55). *See* L.R. 272. The parties indicate they expect to file a stipulation of dismissal no later than February 1, 2027. (ECF No. 55 at 2.)

Pursuant to Local Rule 160, the court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). The parties do not indicate why they require an additional forty-eight (48) days to file their dispositional documents. The court will set a deadline for filing dispositional documents that complies with the local rules. If additional time is needed, the parties may submit a motion to

extend that proffers good cause. The parties are FURTHER advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance but rather settlement of the action.

Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff SHALL file, or ensure the filing of, dispositional documents no later than twenty-one (21) days from the date of this order. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **November 25, 2026**

UNITED STATES MAGISTRATE JUDGE